**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| BRIAN LEE DOUGLAS | ) | BANKRUPTCY CASE NUMBER 09-12179 |
| KAREN SUE DOUGLAS | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

    CLAIM # 2    Chase Bank USA / Kohl's    $ 3.97
                              c/o Creditors Bankruptcy Service
                              Post Office Box 740933
                              Dallas, Texas   75374

                                                                 **TOTAL:    $ 3.97**

Respectfully submitted,

    /s/ Yvette Gaff Kleven
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 26th day of October, 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditor listed above at the address indicated.

                                      /s/ Yvette Gaff Kleven
                                      Yvette Gaff Kleven